

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

# ORDER

Appellate case name:       *The Methodist Hospital v. John German*

Appellate case number:     01-09-00925-CV

Trial court case number:   2003-30417

Trial court:               125th District Court of Harris County, Texas

On February 13, 2012, appellee John German filed a motion for rehearing in this case. The court requests a response. The response of appellant, The Methodist Hospital, is **due on March 9, 2012**.

It is so ORDERED.

Judge's signature:    /s/ Michael Massengale
                      Acting individually

Date: February 17, 2012



# ORDER

Appellate case name:        *The Methodist Hospital v. John German*

Appellate case number:      01-09-00925-CV

Trial court case number:    2003-30417

Trial court:                125th District Court of Harris County, Texas

On February 13, 2012, appellee John German filed a motion for rehearing in this case. The court requests a response. The response of appellant, The Methodist Hospital, is **due on March 9, 2012**.

It is so ORDERED.

Judge's signature:    _Michael Massengale_____
                      Acting individually

Date:    __FEB 17 2012_____

RECEIVED IN
COURT OF APPEALS

2012 FEB 17  PM 2: 53

M. KARINNE MCCULLOUGH
CLERK OF THE COURT